UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**A.R.C. MANAGEMENT CORPORATION,**
et al.,

    **Plaintiffs,**

v.                                                    Case No.  8:06-cv-1437-T-30TBM

**SEMINOLE NURSING PAVILION, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Transfer (Dkt. 14) and Plaintiffs' Response in Opposition to the same (Dkt. 190).  Because this case involves questions of law or fact common to those in *Seminole Nursing Pavilion, et al v. A.R.C. Management Corp.*, Case No. 8:06-cv-01446, currently pending before the Honorable Elizabeth A. Kovachevich, this cause is hereby **TRANSFERRED** to Judge Elizabeth A. Kovachevich with Judge Elizabeth A. Kovachevich's consent, for all further proceedings pursuant to Local Rule 1.04(b), M.D. Fla.

The Clerk is directed to deny all pending motions.

**DONE** and **ORDERED** in Tampa, Florida on October 18, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Elizabeth A. Kovachevich
Counsel/Parties of Record

S:\Odd\2006\06-cv-1437 - Motion to Transfer Case.wpd